PARTMAR CORPORATION and Fanchon & Marco, Inc., Appellants, v. PARAMOUNT PICTURES THEATRES CORPORATION and Paramount Pictures, Inc., Appellees.

No. 13113.

United States Court of Appeals
Ninth Circuit.

Dec. 16, 1952.

Macfarlane, Schaefer & Haun, Henry Schaefer, Jr., William Gamble and James H. Arthur, Los Angeles, Cal., Russell Hardy, Washington, D. C., for appellants.

O'Melveny & Myers, Jackson W. Chance and Rodney K. Potter, Los Angeles, Cal., for appellees.

Before STEPHENS, BONE, and POPE, Circuit Judges

PER CURIAM.

The Honorable Harry C. Westover, United States District Judge, has thoroughly discussed the issues of the above entitled case in an opinion printed in 97 F.Supp. 552, and we affirm the judgment for the reasons given therein.

Affirmed.

Boyd C. TAYLOR'S ESTATE, Deceased, Frank F. Ferris, II, Executor, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 11560.

United States Court of Appeals
Sixth Circuit.

Dec. 18, 1952.

Frank F. Ferris, II, Blue Ash, Ohio, for petitioner.

Charles S. Lyon, Ellis N. Slack, Mason B. Leming, and Fred Youngman, Washington, D. C., for respondent.

Before SIMONS, Chief Judge, and MARTIN and MILLER, Circuit Judges.

PER CURIAM.

This case having been considered on the record, briefs and oral arguments of counsel for respective parties;

It is ordered that the judgment of the Tax Court, 17 T.C. 627, be and is affirmed for the reasons stated in its opinion. See Bull v. United States, 295 U.S. 247, 55 S.Ct. 695, 79 L.Ed. 1421.

UNITED STATES of America, Appellant, v. ONE 1950 FORD TWO–DOOR SEDAN AUTOMOBILE, MOTOR NUMBER HOLU 135780, Appellee.

No. 11545.

United States Court of Appeals
Sixth Circuit.

Dec. 10, 1952.

Ward Hudgins and Dick L. Johnson, Nashville, Tenn., for appellant.

J. B. Reagan, Jamestown, Tenn., and Kenneth Harwell, Nashville, Tenn., for appellee.

Before ALLEN, MARTIN and MILLER, Circuit Judges.

PER CURIAM.

This case having been considered on the record, briefs and oral arguments of counsel for respective parties;

And the Court being of the opinion that the Findings of Fact of the District Judge are fully supported by the evidence and are not clearly erroneous, and that his Conclusions of Law applicable thereto are not erroneous, Gambino v. United States, 275 U.S. 310, 48 S.Ct. 137, 72 L.Ed. 293; United States v. Butler, 10 Cir., 156 F.2d 897; United States v. Irwin, D.C.W.D.Ark., 86 F.Supp. 362;

It is ordered that the judgment of the District Court be and is affirmed.